TROY, Respondent, v. ACHESON, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by Andrew C. Troy against Edward C. Acheson. No opinion. Order reversed on argument, with $10 costs and disbursements, and motion granted, with $10 costs.

TULIN, Respondent, v. WEISBERG, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by William I. Tulin, as a director of the Virginia Peanut Product Company, against Ben. C. Weisberg, impleaded with another. No opinion. Order affirmed, with $10 costs and disbursements.

TUTTLE, Respondent, v. LAKE SHORE & M. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Catherine Tuttle, as administratrix, etc., against the Lake Shore & Michigan Southern Railway Company. No opinion. Order reversed, without costs, and motion for commission denied, without costs, upon the condition that the defendant on the trial of the action produce the three witnesses, Welsh, Weber, and Sutter, and in case of failure of the defendant so to do the trial shall be suspended for a sufficient length of time to enable the plaintiff to procure the evidence of those witnesses.

TWARDOWSKI, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Kaiser Twardowski against the International Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

TYRRELL, Appellant, v. LONG ISLAND CITY, Respondent (two cases). (Supreme Court, Appellate Division, Second Department. November 26, 1907.) Actions by Edward M. Tyrrell against Long Island City. No opinion. Reargument ordered, and cases set down for Tuesday, December 3, 1907.

TYRRELL, Appellant, v. LONG ISLAND CITY, Respondent (two cases). (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Actions by Edward M. Tyrrell against Long Island City. No opinion. Orders affirmed on reargument, with costs, on the authority of Burke v. Baker, 104 App. Div. 26, 93 N. Y. Supp. 215.

TYSON v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Frank L. Tyson against the board of education. No opinion. Motion denied, with $10 costs. Order filed.

UHRLAUB, Respondent, v. REGENSBURG, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by John C. Uhrlaub against Isaac Regensburg. No opinion. Judgment and orders unanimously affirmed, with costs.

UNION TRANSIT CO., Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by the Union Transit Company against the Erie Railroad Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. See 52 Misc. Rep. 293, 102 N. Y. Supp. 149.

UNION WINDING CO., Limited, Appellant, v. D. P. WINNE & CO., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by the Union Winding Company, Limited, against D. P. Winne & Co. E. W. Drucker, for appellant. M. Mackenzie, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

UNITED STATES INDEPENDENT TELEPHONE CO., Respondent, v. CENTURY TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by the United States Independent Telephone Company against the Century Telephone Company. No opinion. Judgment affirmed, with costs.

UNIVERSAL BLDG. & CONST. CO., Appellant, v. WAISMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by the Universal Building & Construction Company against Morris Waisman and others. M. Schleimer, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VACARO, Respondent, v. POLLAK, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Paolo Vacaro against Markus Pollak. PER CURIAM. Judgment and order affirmed, with costs. HIRSCHBERG, P. J., not voting.

VAN KANNEL DOOR CO. v. W. & J. SLOANE. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by the Van Kannel Door Company against W. & J. Sloane. No opinion. Motion denied, without costs. Order filed.

VAN NESS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Russell Van Ness against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

VAN NESS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by Russell Van Ness against the Brooklyn Heights Railroad Company. No opinion. Motion for reargument denied, with costs.